IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY GRIMES, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-149 (LAG) (TQL) |
| | * |
| CRISP COUNTY JUDICIAL CIRCUIT, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 24, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of January, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk